Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN GOLDSMITH, ESQ., an individual, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, a United States Governmental Entity; JPMORGAN CHASE BANK, N.A., a National Association; DOE individuals I-X; and ROE corporations I-X, inclusive, <br><br> Defendants. | Case No.   2:14-cv-01297-GMN-NJK <br><br> **STIPULATION AND ORDER WITHDRAWING JPMORGAN CHASE BANK N.A.'s MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION OF CLAIMS (Dkt. 18)** |

Plaintiff Jonathan Goldsmith, Esq., acting in proper person, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, hereby stipulate as follows:

1. JPMorgan Chase Bank, N.A.'s Motion to Compel Arbitration and to Dismiss or Stay Proceedings Pending Arbitration of Claims (Dkt. 18) is withdrawn, and no further proceedings with respect to the motion shall be entertained by the parties or the Court; and,

...

...

2. In light of the fact that the parties to this stipulation intend to explore an informal resolution of the claims by and between Plaintiff and Chase, Chase shall have through and including **Monday, October 13, 2014** to file a responsive pleading to Plaintiff's Complaint on file in this matter.

                                          SMITH LARSEN & WIXOM

| \s\ *Jonathan B. Goldsmith,* | \s\ *Kent F. Larsen,* |
|---|---|
| Jonathan B. Goldsmith, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 11805 | Nevada Bar No. 3463 |
| 617 Hoover Avenue | Hills Center Business Park |
| Las Vegas, Nevada 89101 | 1935 Village Center Circle |
| Plaintiff in Proper Person | Las Vegas, Nevada 89134 |
| | Attorneys for Defendant |
| | JPMorgan Chase Bank, N.A. |
| Dated: September 22, 2014 | Dated: September 22, 2014 |

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of September, 2014.

_____
GLORIA M. NAVARRO
United States District Court Judge