UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN B. GOLDSMITH, ESQ., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01297-GMN-NJK <br><br> ORDER DENYING PROPOSED DISCOVERY PLAN <br><br> (Docket No. 36) |

Pending before the Court is the parties' proposed discovery plan, Docket No. 36, which is hereby **DENIED**. The Local Rules in this District provide for a presumptively reasonable discovery period of 180 days measured from the date of the first defendant's answer or other appearance. *See* Local Rule 26-1(e)(1). When the parties seek a longer discovery period, they must seek special scheduling review and explain why additional time is necessary. *See* Local Rule 26-1(d). The pending discovery plan seeks a 180-day discovery period, calculated from the date of the Rule 26(f) conference. Hence, it seeks longer than the presumptively reasonable discovery period outlined in the Local Rules, without any explanation as to why additional time is needed or a request for special scheduling review.

The parties are hereby **ORDERED** to file, no later than December 2, 2014, a discovery plan that complies with the Local Rules. Alternatively, either party may file, no later than December 2, 2014, a motion or stipulation to stay discovery pending resolution of Defendant's motion to dismiss. Such a motion or stipulation to stay must address the standards relevant to such a request. *See, e.g.*,

*Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013) (discussing, *inter alia*, *TradeBay, LLC v. eBay, Inc.*, 278 F.R.D. 597 (D. Nev. 2011)).

IT IS SO ORDERED.

DATED: November 24, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge